broker's license for seven years starting in 01/09 because of her involvement with Legisi and Lido Consulting.

According to Raleigh and Frabis, Duncanson had a personal and business account. Duncanson would introduce a buyer and would wire money to through ComTrust, to the CFCC. A large amount of money would then leave the CFCC operating account, and enter into a management account, which was owned by Duncanson. Large portions of money then left and entered into a Wyndham account owned by William Cordo, and checks would be issued out to the following vendors:

New Focus Management
Trident Commercial Consulting
1st Line Media
International Complete Consulting

Raleigh and Frabis said they researched these companies on an online brokerage search engine, "sunbiz.org". The search results indicated that the four above vendors all had the same business director, William Cordo. Raleigh and Frabis told us that Cordo is a well known scammer who has been charged in the past for laundering money.

Once money was deposited into the accounts of the above vendors, Cordo would wire money back into a Legisi account. Then the money transaction would begin all over again. McKnight would make a trade, the money would go to the CFCC account that Duncanson owned, she would transfer it to the management account, then it would be transferred to the Wyndham account owned by Cordo, then he would wire transfer the money back to Legisi. Duncanson would make money through the commission but also the transfers from one account to the next.

JUDICIAL ACTION:

On 10/16/08, I met with Managing Assistant United States Attorney (MAUSA), Barbara Tanase, Flint, MI. She advised she met with Edward Wishnow on 10/15/08. Wishnow stated that he and McKnight would initiate a Proffer, and a Kastigar letter.

On 11/21/08, Managing Assistant United States Attorney (MAUSA), Barbara Tanase, Flint MI, RAIC Douglas Zloto and I met with Gregory McKnight and his attorney, Edward Wishnow for Proffer meeting.

SUSPECTS / DEFENDANTS:

MCKNIGHT, GREGORY, - DEFENDANT - ARRESTED (FEDERAL)
        1599:       Yes
        1599A:      Yes

EXAMS CONDUCTED:

ECSAP:                      NA
POLYGRAPH:                  NA
FSD (TYPE):                 NA

DATABASE SEARCHES CONDUCTED:

```
MCI/CI:            05/17/07  .
NCIC/NLETS:        05/17/07
CCS/CFT:           NA
LOCAL LE           05/03/05
TECS:              NA
ISD:               NA
E-LIBRARY:         NA
SKIMMING:          NA
SAR:               05/17/07
PACER:             NA
```

EVIDENCE/CONTRABAND/PERSONAL PROPERTY:

    EVIDENCE SSF 1544 S/N:    228 2007 CE 000158
        DISPOSITION:          Located in Saginaw RO Evidence Vault.

    EVIDENCE SSF 1544 S/N:    228 2008 CS 000035
        LOCATION:             Detroit FO ECSAP Exam Room
        DISPOSITION:          Held pending judicial action.

    EVIDENCE SSF 1544 S/N:    228 2008 CS 000036
        LOCATION:             Detroit FO ECSAP Exam Room
        DISPOSITION:          Held pending judicial action.

    EVIDENCE SSF 1544 S/N:    228 2008 CS 000038
        LOCATION:             Saginaw Evidence Vault
        DISPOSITION:          Held pending judicial action.

    EVIDENCE SSF 1544 S/N:    228 2008 CS 000039
        LOCATION:             Saginaw Evidence Vault
        DISPOSITION:          Held pending judicial action.

    EVIDENCE SSF 1544 S/N:    228 2008 CS 000040
        LOCATION:             Saginaw Evidence Vault
        DISPOSITION:          Held pending judicial action.

    EVIDENCE SSF 1544 S/N:    228 2008 CS 000041
        LOCATION:             Saginaw Evidence Vault
        DISPOSITION:          Held pending judicial action.

    EVIDENCE SSF 1544 S/N:    228 2008 CS 000043
        LOCATION:             Saginaw Evidence Vault
        DISPOSITION:          Held pending judicial action.

    EVIDENCE SSF 1544 S/N:    228 2008 CS 000046
        LOCATION:             Saginaw Evidence Vault
        DISPOSITION:          Held pending judicial action.

    EVIDENCE SSF 1544 S/N:    228 2008 CS 000047
        LOCATION:             Saginaw Evidence Vault
        DISPOSITION:          Held pending judicial action.

    EVIDENCE SSF 1544 S/N:    228 2008 CS 000048
        LOCATION:             Saginaw Evidence Vault
        DISPOSITION:          Held pending judicial action.

    EVIDENCE SSF 1544 S/N:    228 2008 CS 000049

LOCATION:                         Saginaw Evidence Vault
DISPOSITION:                      Held pending judicial action.

EVIDENCE SSF 1544 S/N:            228 2008 CS 000050
LOCATION:                         Saginaw Evidence Vault
DISPOSITION:                      Held pending judicial action.

EVIDENCE SSF 1544 S/N:            228 2008 CS 000051
LOCATION:                         Saginaw Evidence Vault
DISPOSITION:                      Held pending judicial action.

EVIDENCE SSF 1544 S/N:            228 2008 CS 000052
LOCATION:                         Saginaw Evidence Vault
DISPOSITION:                      Held pending judicial action.

EVIDENCE SSF 1544 S/N:            228 2008 CS 000057
LOCATION:                         Saginaw Evidence Vault
DISPOSITION:                      Held pending judicial action.

EVIDENCE SSF 1544 S/N:            228 2008 CS 000059
LOCATION:                         Saginaw Evidence Vault
DISPOSITION:                      Held pending judicial action.

EVIDENCE SSF 1544 S/N:            228 2008 CS 000060
LOCATION:                         Saginaw Evidence Vault
DISPOSITION:                      Held pending judicial action.

DISPOSITION:

Detroit Field Office is requested to complete an ECSAP exam on nine computer hard drives as well as two Xbox game systems.

Case continued pending further investigation and judicial action.

Knudson / Zloto

USSS Saginaw

Le Knight 46755-039
Federal Correctional Institution
P.O. Box 1000
Milan, MI 48160

FOREVER USA
PURPLE HEART

RECEIVED
SEP - 9 2015
U.S. DISTRICT COURT
FLINT, MICHIGAN

46755-039
Us Dist Court
600 Church ST
Attn: Clerk of the Court
Flint, MI 48502
United States

Retail

UNITED STATES POSTAL SERVICE

US POSTAGE PAID
$0.00

PRIORITY MAIL ®

Origin: 48150
2 Lb 2.90 Oz
09/08/2015
2552000180-05

1005

Expected Delivery Day: 09/09/2015

USPS TRACKING NUMBER

9505 5123 9326 5251 0021 51

PRIORITY MAIL ★
★ MAIL ★

UNITED STATES POSTAL SERVICE ®
For Domestic Use Only

TRACKED ★★★
INSURED ★★★

Label 107R, July 2013