UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
FLINT DIVISION



UNITED STATES OF AMERICA,
       Plaintiff-Respondent,

v.

GREGORY MCKNIGHT,
       Defendant-Petitioner.

Crim. No. 12-cr-20101
Civil No. 15-cv-13232

---

**PETITIONER'S OBJECTIONS TO GOVERNMENT'S
OUT-OF-TIME RESPONSE FILING
AND FOR OTHER RELIEF**

---

NOW COMES the Petitioner, Gregory McKnight, pro se, (hereinafter "McKnight"),
and for his Petitioner's Objections To Government's Out-Of-Time Response
Filing And For Other Relief, and in support thereof, states as follows:

1.  On September 1, 2015, McKnight filed his Petition For Post-Conviction
    Relief Pursuant To 28 U.S.C. § 2255.

2.  On October 2, 2015, this Honorable Court directed the Government to respond
    to McKnight's Petition.

3.  On October 6, 2015, the Government moved the Court to waive the attorney-
    client privilege and for an extension of time in which to file a response.

4.  On October 9, 2015, the Court granted the Government's motion for extension
    of time. The Government's response was due on January 11, 2016.

5.  On January 4, 2016, the Government filed for a second extension of time
    to file a response, which request the Court granted and directed the
    Government to file a response by February 15, 2016.

6.  The Government, on February 16, 2016, filed its third motion for extension
    of time to file a response, which came one day after the February 15,
    2016 due date. Pursuant to Rule 55 of the Federal Rules of Civil Procedure,
    the Government was in default of its filing obligation to have filed its

1

motion for extension of time on or before February 15, 2016.

7. Based upon the foregoing, McKnight respectfully requests that this Honorable Court strike the Government's out-of-time February 16, 2016 extension request filing and to, in addition, based upon McKnight's unopposed Section 2255 motion, grant McKnight all relief set forth by McKnight in his Section 2255 motion at this time.

WHEREFORE, the Petitioner, Gregory McKnight, prays that this Honorable Court enter an order in accordance with the foregoing requests.

Respectfully submitted,

Gregory McKnight
#46755-039
FCI Milan
PO Box 1000
Milan, MI 48160

--------------------

## CERTIFICATE OF SERVICE

I, Gregory McKnight hereby state and affirm under oath and pursuant to penalty of perjury that I deposited a true and correct copy of the preceding Petitioner's Objections To Government's Out-Of-Time Filing And For Other Relief in the FCI Milan Federal Correctional Institution mail system, First-Class postage pre-paid, on this 22nd day of February, 2016, to be delivered to the following:

A. Tare Wigod
Assistant U.S. Attorney
U.S. Attorney's Office
Eastern District of Michigan
211 West Fort Street, Suite 2001
Detroit, MI 48226

Gregory McKnight

2

McKnight

NAME

46755-039

REG. NO.

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

RECEIVED

FEB 26 2016

U.S. DISTRICT COURT
FLINT, MICHIGAN

4850212799S

→46755-039←
Us Dist Court
600 Church ST
Attn: Clerk of the Court
Flint, MI 48502
United States

METROPLEX MI 480

24 FEB 2016 PM 15 L

