UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

GREGORY MCKNIGHT,

      Defendant.

_____/

Case No. 12-20101

HON. MARK A. GOLDSMITH

## ORDER
### REGARDING DEFENDANT GREGORY MCKNIGHT'S MOTION FOR COMPASSIONATE RELEASE (Dkt. 45)

This matter is before the Court on Defendant Gregory McKnight's motion for compassionate

---

STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
OFFICE OF THE CLERK
LEVIN UNITED STATES COURTHOUSE
T LAFAYETTE BLVD.-ROOM 564
ROIT, MICHIGAN 48226

OFFICIAL BUSINESS

RTS

02 1P   $ 000.50⁰
0000904564   MAY 19 2020
MAILED FROM ZIP CODE

Gregory McKnight #46755-039
8333 Townsend
Detroit, MI 48213

RECEIVED FEB 1 2021
CLERK'S OFFICE
DISTRICT COURT

NIXIE   482   DC 1   0001/23/21
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 48226271839   *0153-02533-29-02

---

The undersigned certifies that the foregoing document was served upon
unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail
addresses disclosed on the Notice of Electronic Filing on May 26, 2020.

                                              s/Karri Sandusky
                                              Case Manager